STATE ex rel. HADLEY, Respondent, v. ADKINS et
al., Appellants.

**St. Louis Court of Appeals, May 8, 1906.**

**JURISDICTION: Revenue Law: Supreme Court.** A cause involv-
ing the selection by the county court of a depository of the
county's fund involves  a construction of the revenue laws of
the State and the Court of Appeals is without jurisdiction to
entertain the cause on appeal from the circuit court.

Appeal from McDonald Circuit Court.—*Hon. F. C.
Johnston,* Judge.

TRANSFERRED TO SUPREME COURT.

*Joseph S. Long* and *James H. Pratt* for appellant.

*Herbert S. Hadley,* Attorney-General, *Jas. A.
Sturges* and *O. R. Puckett* for respondents.

BLAND, P. J.—On the petition of the attorney-
general, the circuit court of McDonald county issued its
writ of *certiorari* commanding the defendants, justices
of the county court of said county, to make return to
the writ and show by what authority they, as justices of
said county court, had selected and appointed the State
Bank of Anderson, in said county, as the depository of
the public funds of said county.   In obedience to the
command of the writ, defendants made their return, in-
corporating therein a duly authenticated copy of the
proceedings of the McDonald County Court, resulting in
the selection and appointment of the State Bank of An-
derson as the depository of the public founds of the
county, except the capital public school fund.   On the
hearing the proceedings of the county court were quashed
by the circuit court, from which judgment defendants
duly appealed.

It seems to us the case involves the construction of the revenue laws of the State. If so, this court is without jurisdiction to hear and determine the appeal (section 12, article 6, Constitution); therefore, the case is transferred to the Supreme Court. All concur.